**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

———

## NO. 14-21-00652-CV

———

**UNION PACIFIC RAILROAD COMPANY, Appellant**

**V.**

**RUBY LEE ABBOTT; HESTER ADAMS; CLARENCE ALLEN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF EDNA LEE BASS (DECEASED); LINDA ALLEN; LARRY ALLEN; MARSHA ALLEN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CELESTINE SHERMAN (DECEASED); LATRINA ALLEN; CHALMUST ALLEN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF SANDRA DENISE COLLINS-ALLEN (DECEASED); ELIZABETH ALSANDOR, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JAMES ALSANDOR (DECEASED); JOHN ALVARADO; FRANCES ALVARADO; TRINIDAD ALVAVERA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF GORGONIO VILLARREAL (DECEASED); JAMES ANDREWS; ZACHARY ARMSTEAD; CHARLIE ARMSTEAD; JOHNETTA ASHLEY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LONDON ASHLEY (DECEASED); SCHRHONDA BABINEAUX, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF OREAL PETER BABINEAUX (DECEASED); WINFRED**

BACON; EARNEST BAINES; ROLANDA BAKER; CARROLL BARBER; TAMMIE BELL; OLIVIA DAVIS BENJAMIN; DESSIE BENNETT, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATES OF ANDRE BENNETT (DECEASED) AND WILLIE EARL BENNETT (DECEASED); DONALD BERRY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HENRY BERRY (DECEASED); MILFORD BERRY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE NOMIA BERRY (DECEASED); MONICA BLATE; EMILY BLOEDEL; ACY BLUFORD JR.; ELLAN BOOKER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF WILLIE MAE BOOKER (DECEASED); ARRIN BRANCH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ANDREA ROSS BRANCH (DECEASED); SHERONDA BRISBY; ROSEMARY BROUSSARD; GLORETHA BUNDAGE; SHIRLEY BURKS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF EDWARD BURKS (DECEASED); MARYE BURTON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LURAL P. BROWN (DECEASED); NATHAN BUTLER; REGINA BUTLER; CLARENCE CAMPBELL; RONALD CARMON; VICKY CARMON, INDVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HENRY BERRY (DECEASED); PATRICK CARTER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ALFRED RANDOLPH (DECEASED); CRENSHAW CHERYL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LISA CRENSHAW (DECEASED); HOMER CORNISH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HOMER CORNISH (DECEASED); ANNA PATRICIA CRUZ; MARY DAVENPORT; MARGARET DAVENPORT, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HAZEL PAYNE (DECEASED); PAULA DOZE; WILLIE EDMONDS; DONNA EDWARDS; TONY FIELDS, INDIVIDUALLY AND AS REPERSENTATIVE OF THE ESTATE OF CATHERINE ANN FIELDS (DECEASED); CAROLYN FORSTON; KAREN GARRISON; JACKSON GREGORY; ZANDRA HASKETT; BEAUTY HAVIES; PHYLLIS HILL YOUNG, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF IRA HILL (DECEASED) AND BOBBIE HILL (DECEASED); ANTHONY LEBLANC, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF OLIVER LEBLANC (DECEASED); ROSA LEWIS; JAMES PERRY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARIA ELIZABETH BALIEN

**(DECEASED); MONICA POWELL; DELLA PULLEN; VALERIE RICHARDSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATES OF VIRGINIA LEE TAYLOR (DECEASED), EARL TAYLOR (DECEASED), AND TAMI RICHARDSON (DECEASED); ELEANOR SHAFFER; ESTHER TAMEZ; LILLIE TAPIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARY POSTEL (DECEASED); DWINETTE THOMAS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DWIGHT COX (DECEASED); RODOLFO URBINA; AND ALESIA YOUNG, Appellees**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-50330**

---

### MEMORANDUM OPINION

This is a statutory interloutory appeal from an order signed October 26, 2021. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 27.003, 51.015(12). On August 23, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.